IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>TAVARESE GRAY,<br><br>Defendant | NO. 5: 04-CR-130 (WDO)<br><br>RE: VIOLATION OF CONDITIONS OF RELEASE |

## ORDER MODIFYING CONDITIONS OF RELEASE

Upon consideration of the PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed herein by U. S. Probation Officer Donald F. Allen, dated September 26, 2005, and after a hearing this day on the same, the undersigned finds that defendant TAVARESE GRAY has violated conditions of pretrial release as alleged in paragraphs 1 and 3 of said petition. After hearing from counsel for the government and counsel for the defendant, the court has determined that the conditions of release heretofore imposed should be, and they are **MODIFIED**, as follows:

*Defendant GRAY shall post a FULLY SECURED $25,000.00 bond.*

All other conditions of pretrial release shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 6th day of OCTOBER, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE